IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NANCY INIGUEZ, | ) | |
| | ) | 2:13-cv-00843-GEB-CKD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| THE CBE GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On April 29, 2013, this case was transferred to this district from the Southern District of California based on its relation to an earlier filed case in this district. On May 2, 2013, Defendant filed a proposed order just in the above—captioned case relating this case to the then—pending earlier filed case. However, neither party filed a notice of related cases document in the then—pending earlier filed case as required by E.D. Cal. Local Rule 123(b).[1] Local Rule 123(b) prescribes: "Counsel who has reason to believe that an action on file or about to be filed may be related to another action on file (*whether or not dismissed or otherwise terminated*) shall promptly file in *each*

---

[1] The day after Defendant filed its proposed related cases order, the earlier filed case was transferred to the District of Colorado based on Defendant's motion and the finding that "the interests of justice" and "the convenience of the parties and witnesses weighs in favor of transfer to the District of Colorado." The transferred case is now proceeding in the District of Colorado. See Iniguez v. Dish Network L.L.C., No. 1:13-cv-01181-WJM-KMT (D. Colo. May 3, 2013).

1  action and serve on all parties in *each* action a Notice of Related
2  Cases." L.R. 123(b) (emphases added).

3  Accordingly, a party shall file a Notice of Related Cases
4  document no later than June 5, 2013 in the earlier filed case in this
5  district: <u>Iniquez v. Dish Network L.L.C.</u>, No. 2:12-cv-02354-JAM-AC.
6  Alternatively, each party shall show cause why a sanction should not be
7  imposed for failure to comply with Local Rule 123 ("OSC") in a filing
8  due no later than June 5, 2013. If a hearing is desired on the OSC, it
9  shall be requested in the above referenced filing. Further, due to each
10 party's failure to comply with Local Rule 123, the pending Motion to
11 Dismiss is deemed withdrawn, and the hearing set for July 1, 2013 is
12 vacated.

Dated:  May 29, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge