**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Nancy Iniguez

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY INIGUEZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>**THE CBE GROUP, INC.**,<br><br>Defendant. | Case No.: 13-CV-00843-JAM-AC<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT** |

NOTICE OF SETTLEMENT
CASE NO.: 13-CV-00843-JAM-AC      1

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety, on an individual basis. The parties anticipate filing a Joint Motion for Dismissal with prejudice as to the named plaintiff and without prejudice as to the putative class within 21 days pursuant to Civil Local Rule 160. Therefore, Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on April 25, 2014 for filing a Joint Dismissal.

Respectfully submitted,

Dated: April 4, 2014

**KAZEROUNI LAW GROUP, APC**

BY: /S/ ABBAS KAZEROUNIAN
    ABBAS KAZEROUNIAN, ESQ.
    ATTORNEYS FOR PLAINTIFF