**Kazerouni Law Group, APC**
Costa Mesa, California

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NANCY INIGUEZ on behalf of herself and all others similarly situated,**<br><br>Plaintiff,<br>v.<br><br>**THE CBE GROUP, INC.**<br><br>Defendant. | Case No: 2:13-cv-00843-JAM-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE CLAIMS OF THE PUTATIVE CLASS MEMBERS** |

The Court, having read and considered the Joint Stipulation to Dismiss Action With Prejudice As To Plaintiff's Individual Claims and Without Prejudice As To The Claims of The Putative Class Members, and good cause appearing, hereby **ORDERS** as follows:

1. The above-captioned action is dismissed WITH prejudice as to Plaintiff's individual claims;
2. The above-captioned action is dismissed WITHOUT prejudice as to the claims of the putative class members; and
3. The Court dismisses the action in its entirety with the parties to bear her/their own costs and fees with respect to this action.

DATED: 4/28/2014          /s/ John A. Mendez
                          Hon. John A. Mendez
                          United States District Judge