# UNITED STATES DISTRICT COURT

### Eastern District of California

Nancy Iniguez

                  Plaintiff (s),

V.

The CBE Group Incorporated

                  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:13-cv-00843-JAM-AC

Notice is hereby given that, subject to approval by the court, The CBE Group Incorporated substitutes
(Party (s) Name)

Sean P. Flynn of Gordon & Rees LLP, State Bar No. 220184 as counsel of record in
(Name of New Attorney)

place of Foley & Mansfield, PLLP.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    Gordon & Rees LLP

    Address:    2211 Michelson Drive, Suite 400 Irvine, CA  92612

    Telephone:    (949) 255-6950    Facsimile (949) 474-2060

    E-Mail (Optional):    sflynn@gordonrees.com

I consent to the above substitution.    The CBE Group Incorporated

Date:    5/9/2014    s/Michael Frost
    (Signature of Party (s))

I consent to being substituted.    Foley & Mansfield, PLLP

Date:    5/8/2014    s/Keith Ameele
    (Signature of Former Attorney (s))

I consent to the above substitution.
Date:    5/12/2014    s/Sean P. Flynn
    (Signature of New Attorney)
    Gordon & Rees LLP

The substitution of attorney is hereby approved and so ORDERED.

Date:    May 22, 2014    /s/ JOHN A. MENDEZ
    Judge
    UNITED STATES DISTRICT JUDGE

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

American LegalNet, Inc.
www.FormsWorkflow.com